# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>MICHAEL DUNLEAVY, Governor of Alaska, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-00086-SLG |

## NOTICE

The Court gives notice of a basis for disqualification of the undersigned judge in this matter pursuant to 28 U.S.C. § 455(a). The undersigned judge was a partner at the law firm of Rice, Volland and Gleason, P.C. in 1990, the law firm that represented the plaintiffs in the *Cleary v. Smith* litigation, 3AN-81-05274CI. As best I can recall, this judge had minimal, if any, involvement in that particular case while at that law firm. Nonetheless, in light of the foregoing, any party may file a notice seeking the reassignment of this matter to another district judge **within seven (7) days of the date of this order**. Failure to file such a notice within that time will be deemed to waive the basis for this judge's disqualification for this reason. *See* 28 U.S.C. § 455(e).

DATED this 31st day of July, 2025, at Anchorage, Alaska.

                                                        */s/ Sharon L. Gleason*
                                                        UNITED STATES DISTRICT JUDGE