# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, JIM ADAMS, CHRISTOPHER NICKALASKEY, CLARENCE SHIRLEY, STEPHANIE OLRUN, NICK EPHAMKA, JR. ANTHONY GILLIAM, GAVIN CHRISTIANSEN, JEREMY WHITLOW, and NAOMI HOLT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHALE DUNLEAVY, Governor of Alaska, *et al.*,<br><br>    Defendants. | No. 3:25-cv-00086-SAB<br><br>**ORDER RE: MOTIONS** |

Before the Court is Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF No. 65. Defendants ask for a seven-day extension to file their reply. They indicate Plaintiffs do not object to their request. Good cause exists to grant the motion.

//

**ORDER RE: MOTIONS ~ 1**
Case 3:25-cv-00086-SAB    Document 66    Filed 09/10/25    Page 1 of 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF No. 65, is **GRANTED**. The deadline to file their Reply is extended to **September 19, 2025**.

2. Defendants' Unopposed Motion to Withdraw Unopposed Motion for Extension, ECF No. 64, is **GRANTED**.

3. Pursuant to Defendants' request, their Unopposed Motion for Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF No. 62, is **STRICKEN**.

4. Natalie Cauley's Motion to Withdraw as Counsel, ECF No. 63, is **GRANTED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 10th day of September 2025.

_____
Stanley A. Bastian
U.S. District Court