# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, JIM ADAMS, CHRISTOPHER NICKALASKEY, CLARENCE SHIRLEY, STEPHANIE OLRUN, NICK EPHAMKA, JR. ANTHONY GILLIAM, GAVIN CHRISTIANSEN, JEREMY WHITLOW, and NAOMI HOLT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHALE DUNLEAVY, Governor of Alaska, *et al.*,<br><br>    Defendants. | No. 3:25-cv-00086-SAB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answer, ECF No. 84. The motion was heard without oral argument. Plaintiffs are represented by Ruth Botstein, Alejandra Uria, Alexander Potcovaru, Alyssa Gordon, Corene T. Kendrick, David Fathi, Doron Levine, Jeffrey Miller, John Freedman, Joseph Longley, Katherine Schlusser, Luke Westerman, Marisol

**ORDER GRANTING MOTION FOR EXTENSION OF TIME ~ 1**

Dominguez-Ruiz, Nancy Rosenbloom, Robert Stout, and Susan Orlanbsky. Defendants are represented by Andalyn Pace, John Harjehausen, Lael Harrison, and Margaret Paton-Walsh.

Defendants ask to extend the deadline to file its response to Plaintiffs' Complaint. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion for Extension of Time to File Answer, ECF No. 84, is **GRANTED**.

2. The deadline for Defendants to file an answer to Plaintiffs' Complaint is extended to **January 27, 2026**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of January 2026.

s/STANLEY A. BASTIAN
Stanley A. Bastian
U.S. District Court