

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:        26-631
Originating Case Number:  3:25-cv-00086-SAB

Case Title:          Vail, et al. v. Dunleavy, et al.

**2/9/2026**
Michael Dunleavy                           Mediation Questionnaire due

**2/11/2026**
Michael Dunleavy                           Appeal Transcript Order Due

**3/13/2026**
Michael Dunleavy                           Appeal Transcript Due

**4/22/2026**
Michael Dunleavy                           Appeal Opening Brief Due

**5/22/2026**
Rory Vail                                         Appeal Answering Brief Due
Christopher Nickalaskey               Appeal Answering Brief Due
Gavin Christiansen                      Appeal Answering Brief Due
Jim Adams                                    Appeal Answering Brief Due
Nick Ephamka, Jr.                       Appeal Answering Brief Due
Clarence Shirley                       Appeal Answering Brief Due
Naomi Holt                                 Appeal Answering Brief Due

Anthony Gilliam                              Appeal Answering Brief Due
Stephanie Olrun                              Appeal Answering Brief Due
Jeremy Whitlow                               Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**