# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, JIM ADAMS, CHRISTOPHER NICKALASKEY, CLARENCE SHIRLEY, STEPHANIE OLRUN, NICK EPHAMKA, JR. ANTHONY GILLIAM, GAVIN CHRISTIANSEN, JEREMY WHITLOW, and NAOMI HOLT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHALE DUNLEAVY, Governor of Alaska, *et al.*,<br><br>    Defendants. | No. 3:25-cv-00086-SAB<br><br>**ORDER REASSIGNING CASE** |

The above-captioned case is reassigned to Judge Aaron C. Peterson for all further proceedings. Judge Stanley A. Bastian is no longer assigned to the case.

//

//

//

**ORDER REASSIGNING CASE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court shall reassign the above-captioned case to Judge Aaron C. Peterson.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel and Judge Peterson.

**DATED** this 23rd day of February 2026.

_____
Stanley A. Bastian
U.S. District Court