My name is Lord Daniel Redshield

OBSIS # 52623(

RECEIVED
APR 09 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

I wan't to please be added to the Case action lawsuit Case No. 3:25-CV-00086 HRH

As a Plantiff and victum for I have been denied My prescription of Suboxone by D.O.C. and it has caused harm to My mental Health and My well being.

Suboxone is a life saving drug and D.O.C. has abused My Right to access this life saving Drug.

Case 3:25-cv-00086-ACP    Document 111    Filed 04/09/26    Page 1 of 2

Lord Redshield 526231
Anchorage Correctional Complex East
1400 E 4th AVE
Anchorage, AK 99501

LEGAL & CONFIDENTIAL

**Anchorage**
**Correctional Complex**
This mail was sent by an
inmate at an Alaska jail.
Please do not send cash in
the mail.

quadient
FIRST-CLASS MAIL
IMI
$000.74
04/07/2026 ZIP 99501
043M31237346
US POSTAGE

U.S. District Court
District of Alaska
222 W. 7th AVE
Anchorage, AK 99513