John A. Freedman (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel. 202-942-5000
john.freedman@arnoldporter.com

Attorney for Plaintiffs
(*Additional counsel listed on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, *et al.*, on behalf of themselves and all others similarly situated,,<br><br>       Plaintiffs,<br><br>  v.<br><br>MICHAEL DUNLEAVY, Governor of Alaska, *et al.*, in their official capacities,<br><br>       Defendants. | Case No.  3:25-cv-00086-ACP |

## JOINT MOTION FOR CLARIFICATION

Plaintiffs and Defendants hereby jointly move for clarification of the Court's April 27, 2026 Omnibus Order (Dkt. 120).

In the Omnibus Order, the Court ordered that "discovery should happen in two phases, the first dealing with class certification and the second dealing with the merits." *Id.* at 9. With respect to the deadline for completing class certification discovery, the Omnibus Order states:

> "Class certification discovery must be completed no later than six months following any class certification order."

*Id.*

Because discovery for the purpose of determining class certification must occur before a class certification motion and possible order, the parties propose the following clarification to the deadlines found in the Omnibus Order:

| Event | Date |
|---|---|
| Deadline to serve written class certification discovery requests | August 14, 2026 |
| Class certification expert witness lists and deadline to raise class certification discovery disputes with the Court | September 25, 2026 |
| Class certification rebuttal expert witness lists | October 27, 2026 |
| Close of Class Certification Fact Discovery (including lay depositions) | October 27, 2026 |
| Opening Class Certification Expert Reports | November 16, 2026 |
| Rebuttal Class Certification Expert Reports | January 11, 2027 |
| Close of Class Certification Expert Discovery | February 16, 2027 |
| Plaintiffs' Motion for Class Certification | March 16, 2027 |

The parties seek clarification of these deadlines now that class certification discovery is underway and in light of the Omnibus Order's stated purpose of balancing "the need for discovery before class certification[.]" *See* Omnibus Ord. at 9.

Accordingly, the parties respectfully request that the Court confirm the Court's intended schedule for class certification discovery. A Proposed Order is attached to this motion pursuant to Local Rule 7.1(b)(3).

Dated: July 14, 2026

Respectfully submitted,

By: *Lael Harrison*
Andalyn Pace (Alaska Bar No. 1305025)

Respectfully submitted,

By: *John Freedman*
Corene T. Kendrick, Cal. 226642*

Margaret Paton Walsh (Alaska Bar No. 0411074)
Lael Harrison (Alaska Bar No. 0811093)
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 276-3697
Email: andalyn.pace@alaska.gov
margaret.paton-walsh@alaska.gov
lael.harrison@alaska.gov

Marisol Dominguez-Ruiz, Cal. 345416*
AMERICAN CIVIL LIBERTIES
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel. 202-393-4930
ckendrick@aclu.org
mdominguez-ruiz@aclu.org

Nancy Rosenbloom, NY 2168425*
AMERICAN CIVIL LIBERTIES
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: 202-393-4930
nrosenbloom@aclu.org

John A. Freedman*
Jocelyn A. Weisner*
Katherine E. Schussler*
Alejandra C. Uria*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel. 202-942-5000
john.freedman@arnoldporter.com
jocelyn.wiesner@arnoldporter.com
katherine.schlusser@arnoldporter.com
alejandra.uria@arnoldporter.com

Susan Orlanski, AK Bar no. 8106042
Doron Levine, AK Bar No. 2101002
AMERICAN CIVIL LIBERTIES UNION OF
ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
Tel. 907-263-2008
Fax. 907-263-2016
sorlansky@acluak.org

dlevine@acluak.org
courtfilings@acluak.org

David C. Fathi, Wash. 24893**
Joseph Longley, D.C. 90031392
AMERICAN CIVIL LIBERTIES
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20015
Tel: 202-393-4930
dfathi@aclu.org
jlongley@aclu.org

Jeffrey A. Miller*
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Tel: 650-319-4500
Jeffrey.miller@arnoldporter.com

Luke Westerman*
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
Tel: 303-863-1000
luke.westerman@arnoldportrer.com

Robert W. Stout*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 100019
Tel. 212-836-8000
robert.stout@arnoldporter.com

* *Pro hac vice*
** *Pro hac vice.* Not admitted to DC; practice limited to federal courts.