# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, *et al.*, on behalf of themselves and all others similarly situated,, <br><br>         Plaintiffs, <br><br>    v. <br><br> MICHAEL DUNLEAVY, Governor of Alaska, *et al.*, in their official capacities, <br><br>         Defendants. | Case No. 3:25-cv-00086-ACP <br><br><br> **[PROPOSED] ORDER RE JOINT MOTION FOR CLARIFICATION** |

The Court, having considered the parties' Joint Motion for Clarification, **GRANTS** the request and modifies the following deadline on page 9 of its Omnibus Order (Dkt. 120) from "Class certification discovery must be completed no later than six months following any class certification order" as follows:

| Event | Date |
|---|---|
| Deadline to serve written class certification discovery requests | August 14, 2026 |
| Class certification expert witness lists and deadline to raise class certification discovery disputes with the Court | September 25, 2026 |
| Class certification rebuttal expert witness lists | October 27, 2026 |
| Close of Class Certification Fact Discovery (including lay depositions) | October 27, 2026 |
| Opening Class Certification Expert Reports | November 16, 2026 |
| Rebuttal Class Certification Expert Reports | January 11, 2027 |
| Close of Class Certification Expert Discovery | February 16, 2027 |
| Plaintiffs' Motion for Class Certification | March 16, 2027 |

IT IS SO ORDERED.

Dated:

_____
Hon. Aaron Christian Peterson
United States District Judge