# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| RORY VAIL, JIM ADAMS, CHRISTOPHER NICKALASKEY, CLARENCE SHIRLEY, STEPHANIE OLRUN, NICK EPHAMKA, JR., ANTHONY GILLIAM, GAVIN CHRISTIANSEN, JEREMY WHITLOW, AND NAOMI HOLT, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL DUNLEAVY, Governor of Alaska; JENNIFER WINKELMAN, Commissioner of the Alaska Department of Corrections; and TRAVIS WELCH, Department of Corrections Director of Health and Rehabilitation Services, IN THEIR OFFICIAL CAPACITIES, <br><br> Defendants. | 3:25-cv-00086-ACP <br><br> **ORDER ON JOINT DISCOVERY PROPOSAL** [Dkt. 134] |

The Parties' joint proposal for deadlines dealing with class certification is adopted.

(Dkt. 134) The following deadlines govern this case.

| Event | Date |
| --- | --- |
| Deadline to serve written class certification discovery requests | August 14, 2026 |
| Class certification expert witness lists and deadline to raise class certification discovery disputes with the Court | September 25, 2026 |
| Class certification rebuttal expert witness lists | October 27, 2026 |
| Close of Class Certification Fact Discovery (including lay depositions) | October 27, 2026 |
| Opening Class Certification Expert Reports | November 16, 2026 |
| Rebuttal Class Certification Expert Reports | January 11, 2027 |
| Close of Class Certification Expert Discovery | February 16, 2027 |
| Plaintiffs' Motion for Class Certification | March 16, 2027 |

IT IS SO ORDERED.

DATED July 16, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge