**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

RORY VAIL, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MICHAEL DUNLEAVY, as Governor of Alaska, *et al.*, in their official capacities,

Defendants.

Case No. 3:25-cv-00086-ACP-MMS

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** **Adam Poelman**
**USP Florence**
**5880 Hwy 67 S**
**Florence, CO 81226**

**CC:** **UNITED STATES MARSHAL**
**District of Colorado**

You are hereby commanded to produce the body of Christopher Nickalaskey, 20175-006, now incarcerated in USP Florence at Florence, CO on October 23, 2026, at 9:00 am, and make him available for in-person deposition at USP Florence, 5880 Hwy 67 S, Florence, CO 81226.

DATED this 7th of October 2026 at Anchorage, Alaska.

MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE